UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOIS MCBRIDE, et al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC, et al.,<br><br>                              Defendants. | Case No.: 25-cv-02619-AJB-MMP<br><br>**ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS PENDING RULING ON TAG-ALONG MOTION**<br><br>**(Doc. No. 7)** |

Before the Court is the parties' joint motion seeking to stay the instant action pending a ruling by the United States Judicial Panel on Multidistrict Litigation ("JPML"). (Doc. No. 7.) Currently before the JPML is a Notice of Potential Tag-Along Action that seeks transfer of this action into the ongoing *In Re: Consumer Vehicle Driving Data Tracking Collection Litigation*, 24-md-3115-TWT (Jud. Panel Multidistrict Litig.), which consolidated of over thirty putative class actions asserting similar factual allegations. (*Id.* at 2.)

Based on the representations of the parties, the limited period of the stay, the infancy of this action, and the interest of judicial efficiency, the Court finds good cause to stay the

instant action pending a ruling by the JPML concerning the transfer of this action for inclusion in MDL No. 3115. Accordingly, the Court **GRANTS** the parties' joint motion and **STAYS** the instant action.

      **IT IS SO ORDERED.**

Dated: October 20, 2025

Hon. Anthony J. Battaglia
United States District Judge